**McCARTER & ENGLISH, LLP**
Scott S. Christie, Esq. (SC-8280)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
Attorneys for Plaintiff
  Samsung America, Inc.

CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMSUNG AMERICA, INC. | |
| Plaintiff, | Civil Action No. 05-4136 (JAP) |
| v. | |
| L'AMICI, INC., RICCIII APPAREL, INC. and DRAPER'S & DAMON'S | |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action including all cross claims shall be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear its own attorneys' fees and costs.

McCARTER & ENGLISH, LLP

By: __/s/ Scott S. Christie__
Scott S. Christie, Esq. (SC-8280)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

*Attorneys for Plaintiff*
*Samsung America, Inc.*


LESTER SCHWAB KATZ & DWYER, LLP

By: __/s/ Dennis M. Rothman__
Dennis M. Rothman, Esq. (DR-0384)
24 Lackawanna Plaza
Millburn, New Jersey 06041-0745
(973) 912-9501

*Attorneys for Defendant*
*Draper's & Damon's*

DANIEL P. SILBERSTEIN, P.C.

By: __/s/ Daniel P. Silberstein__
Daniel P. Silberstein, Esq. (DS-5477)
136 Central Avenue
Clark, New Jersey 07066
(732) 388-8600

Richard S. Kim, Esq.
LAW OFFICES OF RICHARD S. KIM
3435 Wilshire Blvd.
Suite 2630
Los Angeles, California

*Attorneys for Defendants*
*L'Amici, Inc. and Ricchi Apparel, Inc.*


**SO ORDERED**

Dated: May __16__, 2006

_____
HONORABLE JOEL A. PISANO
United States District Judge

ME1\5644818.1